# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2018

157522

HONIGMAN MILLER SCHWARTZ AND
COHN, LLP,
         Petitioner-Appellee,

v

CITY OF DETROIT,
         Respondent-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 157522
COA: 336175
Tax Tribunal: 16-000202

On order of the Court, the application for leave to appeal the January 18, 2018 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the Court of Appeals erred in its construction of the phrase "services rendered within the city" in the Uniform City Income Tax Ordinance, MCL 141.623. The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

The City of Grand Rapids and the Taxation Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



t1114

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2018



Clerk